CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 02 2011

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DEBORAH J. BERUBE,<br>　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　　　　　　　*Defendant.* | CIVIL ACTION NO. 6:10-cv-4<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. In his report and recommendation, filed on February 3, 2011, Judge Urbanski recommends that Plaintiff's motion for summary judgment be denied, the Commissioner's motion for summary judgment be granted, and the Commissioner's final decision be affirmed. As Plaintiff has not timely filed any objections to the report and recommendation, and in consideration of the record, it is ORDERED that the report and recommendation (docket no. 17) be ADOPTED in its entirely, that Plaintiff's motion be DENIED (docket no. 12), that the Commissioner's motion be GRANTED (docket no. 13), and the Commissioner's final decision be AFFIRMED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record.

Entered this 2nd day of March, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1